

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE SEIZURE OF )
All Funds in E*Trade Account No. *3827 )
)   Case No. 3:15mj282
)
)   **Order To Seal**
)

    Upon motion of the United States and for the reasons set forth in the Affidavit, it is hereby ORDERED that the Application and accompanying Affidavit in the above captioned matter are hereby placed under seal.

    This 30th day of July, 2015.

                                                  David C. Keesler
                                                United States Magistrate Judge