UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

AUG 17 2015

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE MATTER OF THE SEIZURE OF )
All Funds in E*Trade Account No. *3827 )
) Case No. 3:15-mJ-282
)
) Order To Seal
)

Upon motion of the United States and for the reasons set forth in the Affidavit, it is hereby ORDERED that the Application and accompanying Affidavit in the above captioned matter are hereby placed under seal.

This 17th day of August, 2015.

_____
David C. Keesler
United States Magistrate Judge